ABRAHAM J. EDELSON, Respondent, *v.* SAMUEL OXENBERG et al., Doing Business under the Firm Name of OXENBERG BROTHERS, Appellants.

Argued April 27, 1942; decided May 28, 1942.

*N. William Welling, Maurice Finkelstein* and *Mark J. Goell* for appellants.

*Bernard Schlenger, Charles Gottlieb* and *George Moskowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J. LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.